

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

USA v. Hoisington

Case Number:

08CR549-6
08CR549

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Natalie Hoisington

FILED
JUL 11 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>NISHAY K. SANAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>NISHAY K. SANAN, ESQ. | |
| STREET ADDRESS<br>327 SOUTH PLYMOUTH COURT, #201 | |
| CITY/STATE/ZIP<br>CHICAGO, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6238015 | TELEPHONE NUMBER<br>312-692-0360 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☒