## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549 - 6 | **DATE** | 7/11/2008 |
| **CASE TITLE** | United States of America vs. Natalie Hoissington | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 7/11/08. Nishay K. Sanan is appointed as counsel for defendant. Defendant informed of the charges against her and the maximum penalties, her right to remain silent, her right to represent herself, her right to hire her own attorney, her right to appointed counsel and her right to a preliminary hearing. Government seeks detention Bond hearing is set for Tuesday, July 15, 2008 at 1:00 p.m. Defendant is ordered detained until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|