## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549 - 6 | **DATE** | 7/15/2008 |
| **CASE TITLE** |  | USA vs. Natalie Hoissington | |

**DOCKET ENTRY TEXT**

Bond hearing held and continued to Friday, 7/18/08 at 12:00 p.m. Defendant ordered detained until further order of court. Defendant waives her right to preliminary examination. Defendant ordered to take a drug test following this hearing.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | CDH |
|---|---|---|