## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549 - 6 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Natalie Hoissington | | |

**DOCKET ENTRY TEXT**

Defendant's oral motion to reset the bond hearing from 7/18/08 at 12:00 p.m. to 7/18/08 at 10:00 a.m. is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|