# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 549-6 | **DATE** | 7/18/2008 |
| **CASE TITLE** |  | USA vs. Natalie Hoissington | |

**DOCKET ENTRY TEXT**

Bond hearing held. Government objects to bond. Order Setting Conditions of Release stated in court, defendant and third party custodians acknowledge understanding of all the conditions and responsibilities. Defendant is released on $350.000.00 Own Recognizance Bond signed by Natalie Hoissington, Robert and Connie Hoisington.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | CDH |
|---|---|---|